**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____ Division

In re  HINES, Dennell
      HINES, Karen

Case No. 14-14753

Debtor(s)

Chapter  7

Last four digits of Social-Security (SSN) No(s).: 8635 & 1016
Last four digits of Individual Taxpayer-Identification (ITIN) No(s).: _____
Employer Tax-Identification (EIN) No(s).: _____

[If Applicable]  Applies only to: Both Debtors.

## NOTICE OF RESCHEDULED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the meeting of creditors has been rescheduled to February 12, 2015 at 11 a.m._____, and will be held at the Office of the United States Trustee at 115 S. Union Street, Suite 206, Alexandria, Virginia 22314_____.

*[Chapter 13 Case Only]* NOTICE IS FURTHER GIVEN that pursuant to Local Bankruptcy Rule 3015-2(E), objections to confirmation of the Chapter 13 Plan or to related motions shall be filed not later than 7 days prior to the date set for the confirmation hearing. If no objections are timely filed, there will be no confirmation hearing. Timely filed objections will be heard at the confirmation hearing which has been rescheduled for _____ at _____ o'clock A.M. at _____.

Except for the dates and times set forth above, all other deadlines as set forth in the original notice of meeting of creditors in this case remain in full force and effect.

*[If appropriate]* NOTICE IS FURTHER GIVEN that, Donald King, 9302 Lee Hwy., #1100, Fairfax, VA 22013-1215, has been appointed Substitute Interim Trustee of the estate of the above-named debtor(s) by the United States Trustee.

NOTICE GIVEN BY

Date: 1-22-2015

T. Michael Curtis
Counsel for Debtor(s) *[or pro se Debtor(s)]*
Address:  6405 Fleetside Court
Alexanria, VA 22310

State Bar Number:  25316
Telephone Number:  703-924-9860

### PROOF OF SERVICE

I hereby certify that a copy of the foregoing notice was mailed to the debtor(s), Trustee, or *[if appropriate]* Substitute Interim Trustee, United States Trustee, and all creditors and parties in interest in the above case, as set forth on the attached list of names and addresses. *[If the number of persons and parties served is twenty-five or fewer, service copies shall contain a complete certificate of service, including names and addresses of parties served. If service is made on more than twenty-five persons or parties, the certificate of service attached to the service copies need not contain the complete list of names and addresses, but may reference a service list attached to the original filed with the court.]*

Date: 1-22-2015

T. Michael Curtis
Counsel for Debtor(s) *[or pro se Debtor(s)]*

(nrsch341 ver. 04/14)

**"The deadline for filing a complaint objecting to discharge under §727 (a) and §523(c) of the Code is NOT EXTENDED, unless a party files a motion and obtains an order extending the deadline."**