Exhibit 4

BWW#: 190459

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

IN RE:  Case No. 14-14753-RGM

DENNELL E. HINES
KAREN ANN HINES AKA KAREN A. BLAKENEY
   Debtors  Chapter 7

WELLS FARGO BANK, N.A.
   Movant

vs.

DENNELL E. HINES
KAREN ANN HINES AKA KAREN A. BLAKENEY
   Debtors/Respondents

and

DONALD F. KING
   Trustee/Respondent

## TOTAL DEBT WORKSHEET

| | |
|---|---:|
| Unpaid Principal Balance | $265,179.28 |
| Interest | $3,850.68 |
| (From 10/1/2014 @ 3.25% = $3,850.68) | |
| Late Fees | $0.00 |
| Escrow Advance Balance | $466.48 |
| Pro Rata MIP/PMI | $117.11 |
| Corporate Advance Balance | $0.00 |
| Less:  Suspense Balance | $9,318.11 |
| **TOTAL:** | **$260,295.44** |