Form B20A (Official Form 20A) (9/97)　　　　　　　　　　　USBC, EDVA, Alexandria Division (12/01/09)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BWW#: 190459

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:　　　　　　　　　　　　　　　　　　　　Case No. 14-14753-RGM
DENNELL E. HINES　　　　　　　　　　　　　　　Chapter 7
KAREN ANN HINES AKA KAREN A. BLAKENEY

　　　Debtors
* * * * * * * * * * * *

### NOTICE OF MOTION AND NOTICE OF HEARING

　　Wells Fargo Bank, N.A. ("Movant"), by and through its counsel, has filed papers with the court to grant relief from the automatic stay in the above captioned matter.

　　**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

　　If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before March 31, 2015, you or your attorney must:

- File with the court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.  You must also mail a copy to the persons listed below.  The address of the clerk's office is as follows:

　　　　　Clerk of Court
　　　　　United States Bankruptcy Court
　　　　　200 S. Washington Street
　　　　　Alexandria, VA  22314

Jason Michael Floyd, VSB# 87522
8100 Three Chopt Rd., Suite 240
Richmond, VA 23229
(804) 282-0463
Attorney for the Movant

- Attend the hearing scheduled to be held on April 15, 2015 at 9:30 am at United States Bankruptcy Court, in Courtroom 1, United States Bankruptcy Court, U.S. Courthouse Annex, 200 S. Washington Street, Alexandria, VA  22314.  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

- A copy of any written response must be mailed to the following persons:

Jason Michael Floyd, Esq.

8100 Three Chopt Rd., Suite 240

Richmond, VA 23229

Dennell Hines aka Dennell E. Hines

16630 Reservoir Loop

Dumfries, VA  22026

Karen Blakeney aka Karen Ann Hines aka Karen A. Blakeney

16630 Reservoir Loop

Dumfries, VA  22026

Thomas M. Curtis, Esq.

6405 Fleetside Court

Alexandria, VA  22310

Donald F. King, Trustee

1775 Wiehle Avenue, Suite 400

Reston, VA 20190

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: March 17, 2015                                   Respectfully Submitted,

**BWW Law Group, LLC**

 /s/ Jason Michael Floyd

Jason Michael Floyd, VSB# 87522

BWW Law Group, LLC

8100 Three Chopt Rd., Suite 240

Richmond, VA 23229

(804) 282-0463

(804) 282-0541 (facsimile)

bankruptcy@bww-law.com

*Attorney for the Movant*

## **CERTIFICATION**

      I hereby certify that on this 17th day of March 2015, the following person(s) were or will be served with a copy of the foregoing Notice of Motion and Notice of Hearing via the CM/ECF system or by first class mail, postage prepaid:

Donald F. King, Trustee
1775 Wiehle Avenue, Suite 400
Reston, VA 20190

Thomas M. Curtis, Esq.
6405 Fleetside Court
Alexandria, VA 22310

Karen Blakeney aka Karen Ann Hines aka Karen A. Blakeney
16630 Reservoir Loop
Dumfries, VA 22026

Dennell Hines aka Dennell E. Hines
16630 Reservoir Loop
Dumfries, VA 22026


                                                  /s/ Jason Michael Floyd
                                                  Jason Michael Floyd