BWW#: 190459

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: | Case No. 14-14753-RGM |
| DENNELL E. HINES | |
| KAREN ANN HINES AKA KAREN A. BLAKENEY | |
|     Debtors | Chapter 7 |

WELLS FARGO BANK, N.A.
    Movant

v.

DENNELL E. HINES
KAREN ANN HINES AKA KAREN A. BLAKENEY
    Debtors/Respondents

and
DONALD F. KING
    Trustee/Respondent

_____

### NOTICE OF VOLUNTARY WITHDRAWAL OF
### MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Wells Fargo Bank, N.A. (the "Movant"), by and through counsel, and hereby withdraws, without prejudice, its Motion for Relief from the Automatic Stay filed on March 17, 2015 with respect to the real property known as 16630 Reservoir Loop, Dumfries, VA 22026.

_____
Jason Michael Floyd, VSB# 87522
8100 Three Chopt Road, Suite 240
Richmond, VA  23229
(804) 282-0463
*Attorney for the Movant*

| | |
|---|---|
| Dated: March 24, 2015 | Respectfully Submitted,<br>BWW Law Group, LLC<br><br>  _/s/ Jason Michael Floyd__<br>Jason Michael Floyd, VSB# 87522<br>BWW Law Group, LLC<br>8100 Three Chopt Road, Suite 240<br>Richmond, VA  23229<br>(804) 282-0463<br>(804) 282-0541 (facsimile)<br>bankruptcy@bww-law.com<br>*Attorney for the Movant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of March, 2015, the following persons were or will be served a copy of the foregoing Notice of Voluntary Withdrawal of Motion for Relief from Automatic Stay electronically via the CM/ECF system or by first class mail postage prepaid:

Thomas M. Curtis, Esq.
6405 Fleetside Court
Alexandria, VA  22310

Donald F. King, Trustee
1775 Wiehle Avenue, Suite 400
Reston, VA 20190

Karen Blakeney aka Karen Ann Hines aka Karen A. Blakeney
16630 Reservoir Loop
Dumfries, VA  22026

Dennell Hines aka Dennell E. Hines
16630 Reservoir Loop
Dumfries, VA  22026

                                                   _/s/ Jason Michael Floyd__
                                                 Jason Michael Floyd

WITHDRAWALNOTICE.MFR